UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60607

FALCO ERMERT,

       Plaintiff,

v.

VANDUTCH INC. dba VANDUTCH CLUB, INC., LBDR REAL ESTATE GROUP INC., and JACOBUS MAST,

       Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FALCO ERMERT by and through his undersigned counsel, brings this Complaint against Defendants VANDUTCH INC. dba VANDUTCH CLUB, INC., LBDR REAL ESTATE GROUP INC., and JACOBUS MAST for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FALCO ERMERT ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Ermert's original copyrighted Work of authorship in his Work.

2. Ermert is a German journalist and photographer. During his studies at the University of Cologne, he worked as a photographer in the field of reporting and events. Now, based in Cologne, Ermert continues to work for magazines, photographs personal projects, and conducts workshops. Ermert uses a professional DJI drone and Nikon D5500 +DF for his editorial, travel, and commercial assignments throughout Europe and beyond.

3. Defendant VANDUTCH INC. dba VANDUTCH CLUB, INC. ("VanDutch") is a luxury yacht company that offers global membership for clients to gain access to a network of premium VanDutch 40 watercrafts around the world.  In addition to luxury watercrafts, VanDutch also offers its club members a partnership with the VanDutch Lounge in top hotspots around the world.  The VanDutch world hotspots include Miami, Fort Lauderdale, Ibiza, Mallorca, St. Tropez, the Hamptons, Newport Beach, Cannes, Cancun, St. Maarten/St. Barths, Marbella, Porto Cervo, Mykonos, Dubai, and Monaco.  At all times relevant herein, VanDutch operated the internet website located at the URL www.vandutchclub.com (the "Website").

4. Defendant LBDR REAL ESTATE GROUP INC. ("LBDR") is upon information and belief, was at all times relevant herein, the registrant of the domain name vandutchclub.com.

5. Defendant JACOBUS MAST ("Mast") is the president of both VanDutch and LBDR.

6. Defendants VanDutch, LBDR, and Mast are collectively referred to herein as "Defendants."

7. Ermert alleges that Defendants copied Ermert's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in Florida.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

12. VanDutch Inc. dba VanDutch Club, Inc. is a Florida Corporation, with its principal place of business at 2300 East Las Olas Boulevard, 2nd Floor NW, Fort Lauderdale, Florida, 33301, and can be served by serving its Registered Agent, The Van Gent Law Firm, P.A., 2881 East Oakland Park Boulevard, Suite 316, Fort Lauderdale, Florida, 33306.

13. LBDR Real Estate Group Inc. is a Florida Corporation, with its principal place of business at 2300 East Las Olas Boulevard, 2nd Floor NW, Fort Lauderdale, Florida, 33301, and can be served by serving its Registered Agent, The Van Gent Law Firm, P.A., 2881 East Oakland Park Boulevard, Suite 316, Fort Lauderdale, Florida, 33306.

14. Jacobus Mast is an individual residing in Broward County, state of Florida, and can be served at 2300 East Las Olas Boulevard, 2nd Floor Northwest, Fort Lauderdale, Florida, 33301.

## THE COPYRIGHTED WORK AT ISSUE

15. In 2015, Ermert created the photograph of the Cancun shoreline entitled DJI_0042, which is shown below and referred to herein as the "Work".



16.     Ermert registered the Work with the Register of Copyrights on December 5, 2016 and was assigned the registration number VA 2-024-778.  The Certificate of Registration is attached hereto as Exhibit 1.

17.     Ermert's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

18.     At all relevant times Ermert was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

19.     Defendants have never been licensed to use the Work at issue in this action for any purpose.

20.     On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

21. On or about June 19, 2019, Ermert discovered the unauthorized use of the Work on the Website.

22. Defendants copied Ermert's copyrighted Work without Ermert's permission.

23. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their luxury yacht club business.

24. Defendants copied and distributed Ermert's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

25. Ermert's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

26. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

27. Ermert never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

28. Ermert notified Defendants of the allegations set forth herein on June 29, 2020 and August 4, 2020. To date, Defendants have failed to respond to Plaintiff's Notices. Copies of the Notices to Defendants are attached hereto as Exhibit 3.

## COUNT I
## COPYRIGHT INFRINGEMENT BY VANDUTCH AND LBDR

29. Ermert incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. Ermert owns a valid copyright in the Work at issue in this case.

31. Ermert registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

33. Defendants performed the acts alleged in the course and scope of its business activities.

34. Defendants' acts were willful.

35. Ermert has been damaged.

36. The harm caused to Ermert has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT BY MAST

37. Ermert incorporates the allegations of paragraphs 1 through 28 of this Complaint as if more fully set forth herein owns valid copyrights in the Works at issue in this case.

38. Ermert registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39. Mast copied, displayed and distributed the Works at issue in this case and made derivatives of the Works without Ermert's authorization in violation of 17 U.S.C. § 501.

40. Mast had the right and ability to supervise the infringing activities of VanDutch and LBDR alleged herein.

41. Mast had a direct financial interest in the infringing activities alleged herein.

42. As a result of Mast's vicarious infringement as alleged above, Mast obtained direct and indirect profits she would otherwise not have realized but for its infringement of the Works.

WHEREFORE, the Plaintiff Falco Ermert prays for judgment against the Defendants VanDutch Inc., LBDR Real Estate Group Inc., and Jacobus Mast that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 18, 2021                          Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
MEIR TEITELBAUM
Florida Bar Number: 1022915
meir.teitelbaum@sriplaw.com

**SRIPLAW**

21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Falco Ermert*